JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TIMOTHY ELLIOTT,

Plaintiff,

v.

CHARTER COMMUNICATIONS, INC., a corporation; and DOES 1 through 100, inclusive,

Defendants.

Case No. 8:24-cv-01029-FWS-DFM

**JUDGMENT**

///

///

///

On May 28, 2026, Defendant Charter Communications, LLC ("Charter") filed its Motion for Summary Judgment. (Dkt. 44 ("Motion").) Plaintiff Timothy Elliott opposed the Motion. (Dkt. 47.) The court held a hearing on the Motion on July 30, 2026. (Dkt. 52.) The court issued an order granting the motion. (Dkt. 53.)

Accordingly, the court **HEREBY ORDERS, ADJUDGES, AND DECREES THAT:**

1. Judgment is entered in favor of Charter and against Plaintiff;
2. Plaintiff shall take nothing by his Complaint against Charter.

Dated: August 10, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE